■ In the Matter of RALPH ALICEA, Petitioner, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [6 NYS3d 921]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Michael M. Mohun, A.J.], entered Sept. 26, 2014) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Smith, J.P., Carni, Lindley, Sconiers and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT D. STANLEY, Appellant. [6 NYS3d 922]—Appeal from a judgment of the Orleans County Court (James P. Punch, J.), rendered October 28, 2013. The judgment convicted defendant, upon his plea of guilty, of rape in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Carni, Lindley, Sconiers and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID L. ALFONSO, Appellant. [6 NYS3d 922]—Appeal from a judgment of the Niagara County Court (Sara S. Farkas, J.), rendered September 30, 2013. The judgment convicted defendant, upon his plea of guilty, of attempted assault in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of attempted assault in the first degree (Penal Law §§ 110.00, 120.10 [3]). The record establishes that defendant knowingly, voluntarily and intelligently waived his right to appeal (see generally People v Lopez, 6 NY3d 248, 256 [2006]), and that valid waiver encompasses his challenge to the severity of the sentence (see generally People v Lococo, 92 NY2d 825, 827 [1998]; People v Hidalgo, 91 NY2d 733, 737 [1998]). Present—Smith, J.P., Carni, Lindley, Sconiers and DeJoseph, JJ.